# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| BRIAN WHITAKER, | Case No.: CV 19-07404-CJC(KLSx) |
| Plaintiff, | |
| v. | |
| LA CONQ, LLC, et al., | **JUDGMENT** |
| Defendants. | |

Defendant La Conq, LCC has accepted Plaintiff Brian Whitaker's Offer to Compromise pursuant to California Code of Civil Procedure § 998. (Dkt. 16-2.) Under this provision, if an offer to compromise is accepted, "the offer with proof of acceptance shall be filed and the clerk or the judge shall enter judgment accordingly." Cal. Code Civ. P. § 998. The Court hereby **ORDERS** that:

1.     Judgment is entered in favor of Plaintiff and against Defendant consistent with the terms of the Offer to Compromise. (Dkt. 16-2.)

2.     The Court will retain jurisdiction to enforce this Judgment.


DATED:     November 13, 2019

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE